NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ACORN SEMI, LLC,**

*Plaintiff-Appellee*

**v.**

**SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG SEMICONDUCTOR, INC., SAMSUNG AUSTIN SEMICONDUCTOR, LLC,**

*Defendants-Appellants*

---

2022-1499

---

Appeal from the United States District Court for the Eastern District of Texas in No. 2:19-cv-00347-JRG, Chief Judge J. Rodney Gilstrap.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Upon consideration of the parties' joint motion to voluntarily dismiss the above-captioned appeal pursuant to

2          ACORN SEMI, LLC v. SAMSUNG ELECTRONICS CO., LTD.

Federal Circuit Rule 42(b) with prejudice and with the parties to bear their own costs and fees,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

January 6, 2023                    /s/ Peter R. Marksteiner
        Date                       Peter R. Marksteiner
                                   Clerk of Court

ISSUED AS A MANDATE: January 6, 2023